1  OMNI LAW GROUP, LLP
     Trevor J. Zink, Bar No. 218860
2    Peter Kerle, Bar No. 264803
   1500 East Hamilton Avenue, Suite 202
3  Campbell, California 95008
   Telephone:  (408) 879-8500
4  Facsimile:  (408) 879-8501
   Email:  tzink@omnillp.com

5
   Attorneys for Plaintiff
6  REED MARICULTURE, INC.

7  CARR, McCLELLAN, INGERSOLL THOMPSON & HORN
   Professional Law Corporation
8    John D. Minton, Bar No. 223823
     Scott E. Atkinson, Bar No. 251996
9  216 Park Road
   P.O. Box 513
10 Burlingame, California  94011-0513
   Telephone:  (650) 342-9600
11 Facsimile:  (650) 342-7685
   Email:  jminton@carr-mcclellan.com

12
   Attorneys for Defendants
13 SUSTAINABLE AQUATICS, LLC and
   MOSSEY CREEK ENTERPRISES

14

**IT IS SO ORDERED**
Judge Edward J. Davila
6/16/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REED MARICULTURE, INC.<br><br>             Plaintiff,<br><br>v.<br><br>SUSTAINABLE AQUATICS, LLC, et al.<br><br>             Defendants. | Case No.  CV 11-02114  EJD<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

1     Pursuant to Civil L.R. 6-1(a), the parties, through their attorneys of record, stipulate that Defendants Sustainable Aquatics, LLC and Mossey Creek Enterprises have an extension of time up to and including June 20, 2011 within which to answer or otherwise respond to Plaintiff Reed Mariculture, Inc.'s complaint.

    IT IS SO STIPULATED.

Dated:  June 3, 2011    OMNI LAW GROUP, LLP

By:    /s/
    Trevor J. Zink

Attorneys for Plaintiff
REED MARICULTURE, INC.

Dated:  June 3, 2011    CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN

By:    /s/
    John D. Minton

Attorneys for Defendants
SUSTAINABLE AQUATICS, LLC and
MOSSEY CREEK ENTERPRISES

    Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated:  June 3, 2011

    /s/
    John D. Minton

30568-00001\iManage\3742438.1