1 | TREVOR J. ZINK, ESQ. (SBN 218860)
  | PETER KERLE, ESQ. (SBN 264803)
2 | **OMNI LAW GROUP, LLP**
  | 1500 E. Hamilton, Ave., Suite 202
3 | Campbell, CA 95008
  | Telephone: (408) 879-8500
4 | Facsimile:  (408) 879-8501
  | Email: tzink@omnillp.com
5 |
6 | Attorneys for Plaintiff and Counterclaim Defendants
  | REED MARICULTURE, INC., TIMOTHY REED, and LYN REED
7 |
8 | JOHN D. MINTON, ESQ. (SBN 223823)
  | SCOTT E. ATKINSON, ESQ. (SBN 251996)
9 | **CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN**
  | 216 Park Road
10 | Burlingame, CA 94011
   | Telephone: (650) 342-9600
11 | Facsimile:  (650) 342-7685
   | Email: jminton@carr-mcclellan.com
12 |
13 | Attorneys for Defendants and Counterclaimants
   | SUSTAINABLE AQUATICS, LLC and MOSSEY CREEK ENTERPRISES
14 |

15              THE UNITED STATES DISTRICT COURT

16          IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

17

| | |
|---|---|
| REED MARICULTURE, INC., a California corporation, | DOCKET NO. CV 11-02114 EJD (HRL) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| SUSTAINABLE AQUATICS, LLC, a Tennessee limited liability company; MOSSEY CREEK ENTERPRISES, a Tennessee business entity, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

28 ///

1

**JOINT MOTION TO DISMISS WITH PREJUDICE**

1    ON THIS DAY, came on for consideration, the Joint Motion to Dismiss with Prejudice
2 (the "Motion"), and the Court, having considered the Motion,
3    IT IS HEREBY ORDERED that the Motion is GRANTED.  The entire action captioned
4 above, including the complaint and counterclaim on file herein, shall be dismissed with prejudice
5 to the refiling of the same, the parties to bear their own costs.
6    The Clerk shall close this file.
7 DATED: February 16, 2012                
                                          UNITED STATES DISTRICT JUDGE

2

**JOINT MOTION TO DISMISS WITH PREJUDICE**