| | |
|---|---|
| 1 | TREVOR J. ZINK, ESQ. (SBN 218860) |
|   | PETER KERLE, ESQ. (SBN 264803) |
| 2 | **OMNI LAW GROUP, LLP** |
|   | 1500 E. Hamilton, Ave., Suite 202 |
| 3 | Campbell, CA 95008 |
|   | Telephone: (408) 879-8500 |
| 4 | Facsimile:  (408) 879-8501 |
|   | Email: tzink@omnillp.com |
| 5 | |
| 6 | Attorneys for Plaintiff and Counterclaim Defendants |
|   | REED MARICULTURE, INC., TIMOTHY REED, and LYN REED |
| 7 | |
| 8 | JOHN D. MINTON, ESQ. (SBN 223823) |
|   | SCOTT E. ATKINSON, ESQ. (SBN 251996) |
| 9 | **CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN** |
|   | 216 Park Road |
| 10 | Burlingame, CA 94011 |
|    | Telephone: (650) 342-9600 |
| 11 | Facsimile:  (650) 342-7685 |
|    | Email: jminton@carr-mcclellan.com |
| 12 | |
| 13 | Attorneys for Defendants and Counterclaimants |
|    | SUSTAINABLE AQUATICS, LLC and MOSSEY CREEK ENTERPRISES |
| 14 | |

THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

| | | |
|---|---|---|
| 18 | REED MARICULTURE, INC., a California corporation, | DOCKET NO.  CV 11-02114 EJD (HRL) |
| 19 | Plaintiff, | |
| 20 | v. | **ORDER GRANTING JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| 21 | | |
| 22 | SUSTAINABLE AQUATICS, LLC, a Tennessee limited liability company; MOSSEY CREEK ENTERPRISES, a Tennessee business entity, | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |
| 26 | AND RELATED COUNTERCLAIM | |
| 27 | | |
| 28 | /// | |

1

**JOINT MOTION TO DISMISS WITH PREJUDICE**

1   ON THIS DAY, came on for consideration, the Joint Motion to Dismiss with Prejudice
2   (the "Motion"), and the Court, having considered the Motion,
3   IT IS HEREBY ORDERED that the Motion is GRANTED.  The entire action captioned
4   above, including the complaint and counterclaim on file herein, shall be dismissed with prejudice
5   to the refiling of the same, the parties to bear their own costs.
6   The Clerk shall close this file.
7   DATED: February 16, 2012

UNITED STATES DISTRICT JUDGE

2

**JOINT MOTION TO DISMISS WITH PREJUDICE**